**E-FILED**
Thursday, 23 June, 2005  11:07:26 AM
Clerk, U.S. District Court, ILCD

RECEIVED

JUN 2 1 2005

U.S.          OFFICE
SPRI          ILLINOIS

Chris Harris
11580026
Federal Correctional Institution
PO Box 5000
Pekin, IL 61555-5000

GUARANTEED NEXT DAY DELIVERY

012H0205609

$001370

Mailed From 62701
US POSTAGE

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

RETURNED TO SENDER

CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
151 U.S. COURTHOUSE
600 EAST MONROE ST.
SPRINGFIELD, IL  62701

OFFICIAL BUSINESS

## Orders on Motions

<u>3:01-cv-03387-JES Harris v. USA</u> **CASE CLOSED on 04/19/2002**

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CC, ilcd entered on 6/6/2005 at 11:55 AM CDT and filed on 6/6/2005

**Case Name:** Harris v. USA

**Case Number:** <u>3:01-cv-3387</u>

**Filer:**

**WARNING: CASE CLOSED on 04/19/2002**

**Document Number:**

**Docket Text:**
TEXT ORDER: Petitioner's Motion to Set Aside Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4) (d/e 18) is denied. The Court already rejected Petitioner's challenge to his indictment and conviction based on Apprendi v. New Jersey, 530 U.S. 466 (2000). Order entered April 19, 2002 (d/e 6), at 11. The Motion provides no basis on which to reconsider that decision. To the extent the Petitioner is raising new theories to challenge his conviction and sentence, his Motion is a second Section 2255 Motion, and this Court lacks jurisdiction to consider those arguments until he secures authority to file the petition from the Court of Appeals. 28 U.S.C. Section 2255 Paragraph 8. Dunlap v. Litscher, 301 F.3d 873, 875 (7th Cir. 2002). Entered by Judge Jeanne E. Scott on 6/6/05. (CC, ilcd)

The following document(s) are associated with this transaction:

**3:01-cv-3387 Notice will be electronically mailed to:**

Timothy A Bass      tim.bass@usdoj.gov, staci.klayer@usdoj.gov

**3:01-cv-3387 Notice will be delivered by other means to:**

Chris Harris
11580026
PEKIN
Federal Correctional Institution
PO Box 5000
Pekin, IL 61555-5000