E-FILED
Wednesday, 31 August, 2005 02:19:59 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 31 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: August 23, 2005
To: Clerk of the Court
Re: Response

I provided the Court a 60(b) Motion on May 5, 2005. A month later, I wrote a letter requesting the docket sheet's last three entries (change it to ten). This was followed with a letter to you to ask the status of the 60(b) Motion. To the present, I have not got a response.

I realize the Court and yourself are busy but can you take some time and answer my question and provide the information. If I am doing something wrong please provide the correct process.

Respectfully,

Chris Harris

case: 01-3387
98-30084

Chris Harris 11580-026
FCI Englewood
9595 W Quincy Av
Littleton, Co 80123