E-FILED
Thursday, 22 September, 2005  03:13:09 PM
Clerk, U.S. District Court, ILCD

FILED

SEP 22 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: September 16, 2005
To: Clerk of Court
Re: Acquire Court Order

Received the requested docket sheets in early part of September (thank you) and I found that there was a response to my motion to Set Aside Judgment pursuant to FRCP 60(b)(4) on May 12, 2005 which was never received. Furthermore, I discovered that the Court ruled on my motion (Docketed 6-06-05) but I was never notified. I also found out that the Court did not have my address, but this has been resolved.

This letter is to request a copy of the Court order to my motion and also the government's response. Because I never received the court's order, can I still appeal?

Respectfully,

Chris Harris

Case # 3:01-CV-03387

Chris Harris
FCI Englewood
9595 W Quincy Av
Littleton Co 80123