Case #  01-3387

98-30084

This was omitted from motion dated October 13, 2005 To appeal the Court's order, please accept my apology.

PS: should be docket entry #21

Chris Harris

RECEIVED
OCT 24 2005
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

36, CLOSED, HABEAS

# U.S. District Court
## Central District of Illinois (Springfield)
### CIVIL DOCKET FOR CASE #: 3:01-cv-03387-JES
### Internal Use Only

Harris v. USA
Assigned to: Judge Jeanne E. Scott
Demand: $0
Case in other court: CDIL, 98-30084
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 12/19/2001
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Chris Harris**                                represented by **Chris Harris**
11580026
ENGLEWOOD
Federal Correctional Institution
9595 W Quincy Ave
Littleton, CO 80123
303-985-1566
PRO SE

V.

**Respondent**

**USA**                                         represented by **Timothy A Bass**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2001 | 1 | PETITION FOR WRIT OF HABEAS CORPUS regarding sentence imposed in 98-30084 (CC, ilcd) (Entered: 12/21/2001) |
| 12/21/2001 | 2 | Remark: Copy of criminal docket sheet, indictment and judgment and commitment order placed in file (CC, ilcd) (Entered: 12/21/2001) |
| 12/28/2001 | 3 | ORDER by Judge Jeanne E. Scott. The United States Attorney is Ordered to file an answer to Harris' petition pursuant to Rule 5 of the Rules Governing 28 USC Section 2255 Proceedings. The answer shall be filed on or before 3/1/02. (cc: all counsel) (CC, ilcd) (Entered: 12/28/2001) |

| | | |
|---|---|---|
| 03/04/2002 | 4 | MOTION by respondent for additional time to file response (CC, ilcd) (Entered: 03/05/2002) |
| 03/06/2002 | 5 | RESPONSE by respondent USA to 2255 Motion [1-1] (MR, ilcd) (Entered: 03/07/2002) |
| 03/06/2002 | | ENDORSED ORDER on its face by Judge Jeanne E. Scott granting motion for additional time to file response [4-1], Government has until 3/6/02 to file response. (cc: all counsel). (CT, ilcd) (Entered: 03/12/2002) |
| 04/15/2002 | | Docket Modification (Utility Event) ans ddl satisified (BR, ilcd) (Entered: 04/15/2002) |
| 04/19/2002 | 6 | ORDER by Judge Jeanne E. Scott denying habeas corpus petition [1-1] Case terminated. (cc: all counsel) (AJ, ilcd) (Entered: 04/19/2002) |
| 04/19/2002 | 7 | JUDGMENT in a civil case entered in favor of Respondent and against Petitioner. (cc: all counsel) (AJ, ilcd) (Entered: 04/19/2002) |
| 05/17/2002 | 8 | MOTION (petition) by petitioner Chris Harris for certificate of appealability (CC, ilcd) (Entered: 05/20/2002) |
| 05/17/2002 | 8 | Motion for Certificate of Appealability treated as NOTICE of APPEAL by petitioner Chris Harris from Dist. Court decision [7-1] (cc: all counsel) (CC, ilcd) (Entered: 05/20/2002) |
| 05/20/2002 | 9 | SHORT RECORD ON APPEAL sent to USCA (CC, ilcd) (Entered: 05/20/2002) |
| 06/07/2002 | 10 | ORDER by Judge Jeanne E. Scott. Harris' Petition for a Certificate of Appealability [8-1] is DENIED. (cc: all counsel) (CC, ilcd) (Entered: 06/07/2002) |
| 06/12/2002 | 11 | Letter of transmittal to USCA, consisting of one volume of pleadings (CC, ilcd) (Entered: 06/12/2002) |
| 06/12/2002 | | CLERK'S RECORD on appeal transmitted to USCA, consisting of one volume of pleadings (CC, ilcd) (Entered: 06/12/2002) |
| 06/17/2002 | 12 | Letter of transmittal from USCA, received one volume of pleadings on 6/14/02 (CC, ilcd) (Entered: 06/18/2002) |
| 06/17/2002 | 13 | Notification by USCA of Appellate Docket Number 02-2551 (CC, ilcd) (Entered: 06/18/2002) |
| 06/17/2002 | 14 | Circuit Rule 3(b) FEE NOTICE AND ORDER (CC, ilcd) (Entered: 06/18/2002) |
| 06/20/2002 | 15 | Letter of transmittal from USCA. Record received 6/17/02 consisting of one volume of pleadings (AJ, ilcd) (Entered: 06/24/2002) |
| 08/02/2002 | 16 | MANDATE from USCA dismissing the appeal [8-1]; record to be returned at a later date (CC, ilcd) (Entered: 08/05/2002) |
| 08/06/2002 | | RECORD ON APPEAL returned from U.S. Court of Appeals, consisting of one volume of pleadings (CC, ilcd) (Entered: 08/07/2002) |
| 08/06/2002 | 17 | NOTICE of record return from USCA (CC, ilcd) (Entered: 08/07/2002) |

| 05/12/2005 | 18 | MOTION to Set Aside Judgment Pursuant to FRCP 60(b)(4) by Petitioner Chris Harris. Responses due by 5/26/2005 (CC, ilcd) (Entered: 05/12/2005) |
|---|---|---|
| 06/06/2005 |  | TEXT ORDER: Petitioner's Motion to Set Aside Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4) (d/e 18) is denied. The Court already rejected Petitioner's challenge to his indictment and conviction based on Apprendi v. New Jersey, 530 U.S. 466 (2000). Order entered April 19, 2002 (d/e 6), at 11. The Motion provides no basis on which to reconsider that decision. To the extent the Petitioner is raising new theories to challenge his conviction and sentence, his Motion is a second Section 2255 Motion, and this Court lacks jurisdiction to consider those arguments until he secures authority to file the petition from the Court of Appeals. 28 U.S.C. Section 2255 Paragraph 8. Dunlap v. Litscher, 301 F.3d 873, 875 (7th Cir. 2002). Entered by Judge Jeanne E. Scott on 6/6/05. (CC, ilcd) (Entered: 06/06/2005) |
| 06/21/2005 | 19 | Mail Returned as Undeliverable, re 6/6/05 Text Order; Mail sent to Petitioner Chris Harris; not deliverable as addressed, unable to forward (CC, ilcd) (Entered: 06/23/2005) |
| 08/31/2005 | 20 | NOTICE of Change of Address by Petitioner Chris Harris to FCI Englewood, 9595 West Quincy Avenue, Littleton, CO 80123, and request for status of case (CC, ilcd) (Entered: 08/31/2005) |
| 08/31/2005 |  | Remark: Docket sheet mailed to Petitioner (CC, ilcd) (Entered: 08/31/2005) |

**Other Orders/Judgments**
3:01-cv-03387-JES Harris v. USA **CASE CLOSED on 04/19/2002**

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CC, ilcd entered on 9/23/2005 at 4:31 PM CDT and filed on 9/23/2005

**Case Name:**         Harris v. USA
**Case Number:**     3:01-cv-3387
**Filer:**
**WARNING: CASE CLOSED on 04/19/2002**
**Document Number:**

**Docket Text:**
TEXT ORDER: Petitioner filed a Motion to Set Aside Judgment Pursuant to FRCP 60(b)(4) (d/e 18), which the Court denied by text order entered June 6, 2005. The Court has received a letter from the Petitioner on September 22, 2005, requesting a copy of the Government's Response to his Motion and a copy of the Court's Order. The Court has no record of a response filed by the Government, and the full text of the Order is printed in the docket sheet that the Court mailed to the Petitioner on August 31, 2005. The Court therefore has nothing else to send. The letter also inquires about Petitioner's right to appeal. The Court does not give advisory opinions. The Petitioner should raise an issue through appropriate filing, and the Court will respond. Entered by Judge Jeanne E. Scott on 9/23/05. (CC, ilcd)

The following document(s) are associated with this transaction:

**3:01-cv-3387 Notice will be electronically mailed to:**

Timothy A Bass     tim.bass@usdoj.gov, staci.klayer@usdoj.gov

**3:01-cv-3387 Notice will be delivered by other means to:**

Chris Harris
11580026
ENGLEWOOD
Federal Correctional Institution
9595 W Quincy Ave
Littleton, CO 80123