E-FILED
Tuesday, 08 November, 2005  03:04:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

FILED
NOV 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    05-4069                    Docketed on: 10/21/05
Short Caption:          Harris, Chris v. USA
District Court Judge:   Jeanne E. Scott
District Court No.:     01 C 3387

If you have any questions regarding this appeal, please call this office.

(1003-012490)