```
           RECEIPT FOR PAYMENT
           U.S. DISTRICT COURT
            SPRINGFIELD DIVISION
                                    G006898
    ----------------------------------------
    RECEIVED FROM:
    JONES, MARGAREE
    1620 SOUTH 15TH STREET
    SPRINGFIELD, IL 62703
    ----------------------------------------
    Case Number:  01-3387
    ----------------------------------------
    F/U/B/O:
    Party ID:11500-026
    HARRIS, CHRIS

    Tender Type:            CASH
    06-510000               $150.00
    Notice of Appeal-510000

    Remarks:
    06-086900               $105.00
    Notice of Appeal-086900

    Remarks:
    ----------------------------------------
      Subtotal:             $255.00



    ----------------------------------------
    Receipt Total:          $255.00
    ========================================
    * Checks and drafts are accepted
      subject to collections and full
      credit will only be given when
      the check or draft has been
      accepted by the financial
      institution on which it was drawn.

      Date:    11/7/05
      Clerk:_____
```

