E-FILED
Friday, 20 January, 2006  10:56:19 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   January 13, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        United States Courthouse & Federal Building
        Springfield, IL  62701

FROM:   Gino J. Agnello, Clerk

RE:     05-4069
        Harris, Chris v. USA
        01 C 3387, Jeanne E. Scott, Judge

FILED
JAN 1 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date:  1/19/06                            s/ C. Cathcart
(1202-052495)                             Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

Date: January 13, 2006

By the Court:

No. 05-4069

CHRIS HARRIS
        Petitioner - Appellant

v.

UNITED STATES OF AMERICA,
        Respondent - Appellee



Appeal from the United States District Court for the
Central District of Illinois
No. 01 C 3387, Jeanne E. Scott, Judge

    This cause, docketed on 10/21/05, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

A True Copy:
Teste:

_Desiree St. Carmon_ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit.