E-FILED
Thursday, 02 February, 2006  02:22:45 PM
Clerk, U.S. District Court, ILCD

FILED

JAN 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States Court of Appeal
For The Seventh Circuit
Chicago, Illinois 60604

Chris Harris,                    01 CV 3387
Petitioner,            Dismissal Not Propriety
V                   Since Docket Fee was
United States of America,        To 3(b) Requirement
Respondant,

Chris Harris, in response to the Court order
dated January 13, 2006, avers his mother was
the compensator of the docket fee and it was
provided within the parameter of Rule 3(b).
The receipt has been requested and will be
rendered to the Court on its arrival to
Colorado. Moreover, Mr. Harris request abeyance
on the motion before the Court until the
discrepancy is resolved.

I, Chris Harris contends the foregoing is true
under penalty of perjury

Date January 20, 2006

Chris Harris

Chris Harris
FCI Englewood

Certificate of Service

Chris Harris asserts that a true copy of
the foregoing motion was mailed to the
following address:

United States Attorney's Office
201 S Vine St Suite 226
Urbana, Illinois 61802

Date January 20, 2002

_Chris Harris_
Chris Harris