CERTIFIED COPY

E-FILED
Monday, 06 February, 2006  03:43:17 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 1, 2006



FILED
FEB 0 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*By the Court:*

| | |
|---|---|
| CHRIS HARRIS<br>        Petitioner-Appellant,<br><br>No. 05-4069              v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 C 3387<br>]<br>] Jeanne E. Scott,<br>]     Judge. |

The following is before the court: **MOTION TO RECONSIDER**, filed on January 30, 2006, by the pro se appellant.

The court has received notice that the appellant paid the appellate filings fees. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. The mandate is **RECALLED** and this appeal is **REINSTATED**.

True Copy:
  Teste:

  Clerk of the United States
  Court of Appeals for the
  Seventh Circuit.