E-FILED
Friday, 28 April, 2006 11:29:11 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: April 24, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
U.S. Courthouse & Federal Building
Springfield, IL 62701

FILED
APR 26 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM: Gino J. Agnello, Clerk

RE: 05-4069
Harris, Chris v. USA
01 C 3387, Jeanne E. Scott, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

| **ENCLOSED:** | | **TO BE RETURNED AT LATER DATE:** |
|---|---|---|
| [ ] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other ____________ | [ ] |
| | Record being retained for use in Appeal No. ____________ | [ ] |

Copies of this notice sent to: Counsel of record
[ ] United States Marshal
[ ] United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: **4/26/06** **s/ C. Cathcart**
Deputy Clerk, U.S. District Court

(1071-120397)

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 2, 2006

CERTIFIED COPY
A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit.

*Before*

**Hon. Daniel A. Manion,** ***Circuit Judge***
**Hon. Ilana Diamond Rovner,** ***Circuit Judge***
**Hon. Ann Claire Williams,** ***Circuit Judge***

| | |
|---|---|
| CHRIS HARRIS<br>Petitioner-Appellant,<br><br>No. 05-4069 v.<br><br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 01 C 3387<br>]<br>] Jeanne E. Scott, Judge. |

O R D E R

On consideration of the "JURISDICTION MEMORANDUM TO ORDER DATED OCTOBER 26, 2005" filed by appellant on November 14, 2005, the "JURISDICTIONAL MEMORANDUM" filed by appellee on November 29, 2005, and the "RESPONSE TO COURT ORDER DATED FEBRUARY 8, 2006" filed by appellant on February 21, 2006, and review of the short record, including appellant's letter to the district court dated September 16, 2005,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case in which the United States is a party be filed in the district court within 60 days of the entry of the judgment or order appealed. In this case the order denying petitioner's motion to set aside judgment was entered on June 6, 2005, and the notice of appeal was filed on October 19, 2005, over two months late. The district court

- over -

has not granted an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to do so, see Fed. R. App. P. 26(b).

The court further notes that even if it were to treat appellant's letter to the "Clerk of Court" dated September 16, 2005 (district court docket no. 21) as a motion to reopen the time to appeal under Fed. R. App. P. 4(a)(6), it would be untimely. Based on appellant's "RESPONSE TO COURT ORDER DATED FEBRUARY 8, 2006", he received notice of the dismissal of his 60(b) motion on September 6, 2005. Rule 4(a)(6) required that appellant file a motion to reopen within seven days after receipt of this notice, and therefore in this case a motion to reopen would have to be filed no later than September 15, 2005. The letter is dated beyond that date and would be untimely.